BARBARA BENNETT et al., Respondents, v ELIS J. DELIA, Appellant. [874 NYS2d 851]—Appeal from an order of the Supreme

Court, Oneida County (John W. Grow, J.), entered April 28, 2008. The order granted plaintiffs' motion for summary judgment on the first cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*Bennett v DeLia*, 19 Misc 3d 1123[A], 2008 NY Slip Op 50827[U] [2008]). Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.